**FILED**

Jul 18, 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA                    CRIMINAL COMPLAINT

V.

LANDON M. MOULTON                           DOCKET NUMBER:

19-mj-44

I, legal intern Taylor Benninger, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Landon M. MOULTON did or was:

**Count 1:** Present in a park area when under the influence of alcohol to a degree that may endanger oneself or another person, or damage property or park resources in violation of 36 Code of Federal Regulations § 2.35(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operate a bicycle during periods of low visibility, or between sunset and sunrise, without exhibiting on the operator or bicycle a white light or reflector that is visible from a distance of at least 500 feet to the front and with a red light or reflector that is visible from at least 200 feet to the rear in violation of 36 Code of Federal Regulations § 4.30(h)(3)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Fail to comply with the directions of a traffic control device in violation of 36 Code of Federal Regulations § 4.12
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am a legal intern and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On July 15, 2019, at approximate 10:30 p.m., Ranger Phil Johnson received a report of a suspicious person at the Village Store in Yosemite Valley. The report indicated that a suspect wearing a white shirt and blue shorts had stolen a red bicycle from the employee bike rack.

About two minutes after the initial report, Ranger Johnson was driving downhill on Village Drive at Lost Arrow Dorms when he observed a white male in a white shirt, blue shorts, riding a red bike westbound away from the Village Store.

Speedy Trial Act Applies: **No**                    U.S. v. Landon M. MOULTON
                                                     Criminal Complaint

The suspect, later identified as Landon M. MOULTON, was riding the red bike westbound in the eastbound lane of traffic. MOULTON had no visible forward illumination on his person or on the bike.

Ranger Johnson activated his emergency lights. MOULTON initially failed to yield as Ranger Johnson drove slowly behind him. Ranger Johnson announced over the vehicle PA system for him to stop the bike, and MOULTON complied.

Ranger Johnson observed MOULTON dismount the bike and stumble. MOULTON laid the bike down on the curb. Ranger Johnson approached MOULTON and immediately smelled the odor of alcohol. Ranger Johnson informed MOULTON that he was investigating a report of a stolen bicycle. MOULTON denied that the bike he was riding was stolen. MOULTON's speech was slurred.

Ranger Justin Fey arrived on scene. MOULTON stated to "leave him the fuck alone," that he "took the wrong bike," that "Lance gave me his bike when he was passed out," and that he "was drinking because you guys are on my ass." MOULTON stated that he initially rode the wrong bike from the store to the Lost Arrow Cabin concession housing area and that the bike he currently possessed belonged to "Lance." MOULTON could not readily identify where Lance lived or his last name.

Two sets of witnesses from the Lost Arrow Cabins arrived on scene to retrieve the bike from MOULTON on behalf of "Lance." Both sets of witnesses stated that Lance did not give MOULTON permission to borrow the bike. They stated the bike did belong to Lance, but he was too drunk to come to the scene and had not been awake when MOULTON left with the bike.

MOULTON began to clench his fists, wring a closed fist into his open palm, and rock back and forth. MOULTON stated, "I am literally about to take all you guys fucking down." MOULTON was detained in handcuffs.

Ranger Johnson placed MOULTON under arrest. A Village Store employee arrived after the arrest and stated that MOULTON initially took her blue bike without her permission from the store, then returned with her bike and took the red bike. Ranger Fey transported MOULTON to the holding facility.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

7/18/19

Date

Taylor Benninger
Legal Intern
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

7/18/19

Date

Honorable Jeremy D. Peterson
United States Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Landon M. MOULTON
Criminal Complaint